*Page 1 of 1*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.                                                                          CASE NO.  5:03cr17-RH/WCS

BENJAMIN FRANKLIN WHITE,

    Defendant.

_____/

## ORDER REDUCING SENTENCE

    The term of imprisonment to which defendant Benjamin Franklin White is sentenced is hereby reduced to a term of ninety-six (96) months.  In all other respects the original sentence remains unchanged.

    SO ORDERED this 11th day of April, 2006.

                                                   s/Robert L. Hinkle
                                                 Chief United States District Judge