IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


UNITED STATES OF AMERICA

v.                                                                    CASE NO. 5:03cr17-RH

BENJAMIN WHITE,

    Defendant.

_____/


## ORDER TERMINATING SUPERVISED RELEASE

    By letter, the defendant Benjamin White has requested early termination of supervised release. ECF No. 40. The probation officer has advised the court's staff that she supports early termination and the government does not oppose it.

    I have considered the factors listed in 18 U.S.C. § 3553(a) and the criteria listed in Monograph 109 as approved by the Judicial Conference of the United States. I find that termination of supervised release at this time is warranted by the defendant's conduct and the interest of justice. *See* 18 U.S.C. § 3583(e)(1). Accordingly,

    IT IS ORDERED:

Mr. White's term of supervised release is terminated as of September 2, 2015, at 5:51 p.m.

SO ORDERED on September 2, 2015.

s/Robert L. Hinkle  
United States District Judge

Case No.   5:03cr17-RH